IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KWAME HARDAWAY, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 09-00605-WS-N |
| JERRY FERRELL, et al., | : | |
| Defendants. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 8th day of December, 2009.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE